UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-1882-AG(JPRx)<br>SACV 12-2071-AG(JPRx) | Date | March 4, 2013 |
| Title | PATRICIA STOCKMAN-SANN, ET AL v ROBERT B MCKNIGHT, JR, ET AL<br>ALASKA ELECTRICAL PENSION FUND v ROBERT B MCKNIGHT, JR, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|
| Lisa Bredahl | Denise Paddock |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robin Winchester, PHV<br>Benny Goodman | (Counsel did not check in with the clerk and is not on the docket) |

**Proceedings:** 1. PLAINTIFF'S CROSS-MOTION TO CONSOLIDATE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL [DKT #26, SACV 12-1882]
2. PLAINTIFF'S MOTION TO CONSOLIDATE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL [DKT #9, SACV 12-2071]

Cause is called for hearing and counsel make their appearances.  Court and counsel confer.  The Court orders that the tentative ruling shall become the order of the Court.  A separate order consolidating actions and appointing lead counsel to issue.

8 mins per case

: 16

Initials of Preparer   lmb