MICHAEL G. YODER (S.B. #83059)
myoder@omm.com
BRIAN NEACH (S.B. #242801)
bneach@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:  (949) 823-6900
Facsimile:   (949) 823-6994

Attorneys for Defendants
ROBERT B. MCKNIGHT, JR., WILLIAM M. BARNUM, JR., JOSEPH BERARDINO, JAMES G. ELLIS, CHARLES S. EXON, M. STEVEN LANGMAN, ROBERT L. METTLER, PAUL C. SPEAKER, ANDREW W. SWEET

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA STOCKMAN-SANN, Derivatively on Behalf of QUIKSILVER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT B. MCKNIGHT, JR., WILLIAM M. BARNUM, JR., JOSEPH F. BERARDINO, JAMES G. ELLIS, CHARLES S. EXON, M. STEVEN LANGMAN, ROBERT L. METTLER, PAUL C. SPEAKER, ANDREW W. SWEET, DOUGLAS K. AMMERMAN,<br><br>Defendants,<br><br>and<br><br>QUIKSILVER, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. SACV12-1882 AG (JPRx)<br><br>**DEFENDANTS MCKNIGHT, BARNUM, BERARDINO, ELLIS, EXON, LANGMAN, METTLER, SPEAKER, AND SWEET'S SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CORRECTED VERIFIED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Judge:  Hon. Andrew J. Guilford<br>Hearing Date:  March 25, 2013<br>Time:  10:00 a.m.<br>Courtroom:  10D<br><br>[**Declaration Of Brian Neach and Request for Judicial Notice filed concurrently**] |

INDIVIDUAL DEFENDANTS'
SUPPLEMENTAL REPLY ISO MOTION TO
DISMISS; SACV12-1882 AG (JPRx)

1    Defendants Robert B. McKnight, Jr., William M. Barnum, Jr., Joseph F.
2  Berardino, James G. Ellis, Charles S. Exon, M. Steven Langman, Robert L. Mettler,
3  Paul C. Speaker, and Andrew W. Sweet (the "Individual Defendants") respectfully
4  submit this Supplemental Reply Memorandum in Support of the Individual
5  Defendants' Motion to Dismiss (Doc. No. 20 ("Motion")) to inform the Court of
6  recent events that affect the Motion.
7    On March 20, 2013, Quiksilver filed with the Securities and Exchange
8  Commission ("SEC") a report on Form 8-K that disclosed that "[at] the 2013
9  Annual Meeting of Stockholders held March 19, 2013 . . . , the stockholders of
10 Quiksilver, Inc. . . . approved the Company's 2013 Performance Incentive
11 Plan . . .." (Declaration of Brian Neach Ex. 1 (Form 8-K at 2).)  In addition,
12 Quiksilver reported in the Form 8-K that the stockholders of Quiksilver voted to
13 approve the eight nominees to serve as directors on Quiksilver's Board of Directors
14 ("Board") who were nominated in the Schedule 14A Proxy that Quiksilver filed
15 with the SEC on February 13, 2013.  (*Id.* at 3-4.)
16   As the Individual Defendants explained in their reply memorandum in
17 support of their Motion, approval of the 2013 Performance Incentive Plan moots
18 any issue with respect to the February 2012 amendment to the 2000 Incentive Plan
19 because the 2013 Performance Incentive Plan supersedes and replaces the 2000
20 Incentive Plan and amendments thereto.  (Doc. No. 44 at 5:6-11.)  Count II of
21 Plaintiff's Corrected Verified Amended Shareholder Derivative Complaint
22 ("CAC"), which alleges breaches of fiduciary duty in connection with the February
23 2012 Amendment is therefore clearly moot.
24   The results of the March 19, 2013 annual meeting also make clear that Count
25 VI of the CAC is moot.  The stockholder's approval of the 2013 Performance
26 Incentive Plan moots any issue with respect to the 2000 Incentive Plan and the
27 February 2012 Amendment to that plan.  (*See* Doc. No. 44 at 5:6-11.)  In addition,
28

1 the stockholder's election of directors at the March 19, 2013 stockholder meeting
2 moots any issue with respect to election of directors at the 2012 annual meeting.
3 (*Id.* at 5:11-17.)

Dated: March 21, 2013

        MICHAEL G. YODER
        BRIAN NEACH
        O'MELVENY & MYERS LLP

By:  /s/ Brian Neach
     Brian Neach
Attorneys for Defendants
ROBERT B. MCKNIGHT, JR., WILLIAM M. BARNUM, JR., JOSEPH BERARDINO, JAMES G. ELLIS, CHARLES S. EXON, M. STEVEN LANGMAN, ROBERT L. METTLER, PAUL C. SPEAKER, ANDREW W. SWEET