**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Ramzi Abadou (222567)
rabadou@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001

-and-

Eric L. Zagar (250519)
ezagar@ktmc.com
Robin Winchester
rwinchester@ktmc.com
Kristen L. Ross
kross@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (267) 948-2512

*Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA STOCKMAN-SANN, Derivatively on Behalf of QUIKSILVER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT B. MCKNIGHT, JR., WILLIAM M. BARNUM, JR., JOSEPH F. BERARDINO, JAMES G. ELLIS, CHARLES S. EXON, M. STEVEN LANGMAN, ROBERT L. METTLER, PAUL C. SPEAKER, ANDREW W. SWEET,<br><br>Defendants,<br><br>and<br><br>QUIKSILVER, INC., a Delaware Corporation<br><br>Nominal Defendant. | Case No.: 8:12-cv-01882-AG-JPR<br>          8:12-cv-02071-AG-JPR<br><br>**ORDER GRANTING STIPULATION RE: OPERATIVE COMPLAINT FOR CONSOLIDATED ACTION; PROCEDURE FOR FILINGS AND CAPTION FOR CONSOLIDATED ACTION** |

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, Derivatively on Behalf of QUIKSILVER, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT B. McKNIGHT, JR., PIERRE AGNES, CRAIG STEVENSON, WILLIAM M. BARNUM, JR., JOSEPH F. BERARDINO, JAMES G. ELLIS, CHARLES S. EXON, M. STEVEN LANGMAN, ROBERT L. METTLER, PAUL C. SPEAKER, ANDREW W. SWEET and DOUGLAS K. AMMERMAN,<br><br>　　　　　　Defendants,<br><br>　and<br><br>QUIKSILVER, INC., a Delaware corporation,<br><br>　　　　　　Nominal Defendant. | Case No. 8:12-cv-02071-AG-JPR |

ORDER GRANTING STIPULATION RE: OPERATIVE COMPLAINT FOR CONSOLIDATED
ACTION; PROCEDURE FOR FILINGS AND CAPTION FOR CONSOLIDATED ACTION
CASE NOS. 8:12-CV-01882-AG-JPR; 8:12-CV-02071-AG-JPR

Having considered the parties' Stipulation Re: Operative Complaint for Consolidated Action; Procedure for Filings and Caption for Consolidated Action, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Corrected Verified Amended Shareholder Derivative Complaint filed in *Stockman-Sann v. McKnight, et al.*, No. 8:12-cv-01882-AG-JPR on December 26, 2012 [Dkt. 16] is the operative complaint in the above-captioned consolidated action;

2. All future pleadings filed in the consolidated action shall be filed in the lowest-captioned case;

3. Every pleading filed in this consolidated action, or in any subsequent action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUIKSILVER, INC. DERIVATIVE LITIGATION _____ This Document Relates To:    ALL ACTIONS. | 8:12-CV-01882-AG-JPR (Consolidated with Case No. 8:12-cv-02071-AG-JPR) |

4. All deadlines currently set in *Alaska Electrical Pension Fund v. McKnight, et al.*, No. 8:12-cv-02071-AG-JPR are vacated.

Dated: April 22, 2013

                                                  Honorable Andrew Guilford
                                                  United States District Judge