FILED

UNITED STATES COURT OF APPEALS

JUN 19 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA STOCKMAN-SANN, Derivatively on Behalf of Quiksilver, Inc., Plaintiff - Appellant, v. ROBERT B. MCKNIGHT, Jr.; et al., Defendants - Appellees. | No. 13-55892 D.C. No. 8:12-cv-01882-AG-JPR Central District of California, Santa Ana ORDER |

Before: NOONAN, WARDLAW, and MURGUIA, Circuit Judges.

Appellees' request for judicial notice of the uncontested facts reported in

Robert B. McKnight's Form 4 filed with the Securities & Exchange Commission

on January 22, 2013 is hereby GRANTED.