UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA STOCKMAN-SANN, Derivatively on Behalf of Quiksilver, Inc., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ROBERT B. MCKNIGHT, Jr.; et al., <br><br> Defendants - Appellees. | No. 13-55892 <br><br> D.C. No. 8:12-cv-01882-AG-JPR <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |

The judgment of this Court, entered June 19, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk